

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2020

No. 04-20-00096-CR

Ricky **CANTU**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5992
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

After this court's en banc order extended the due date for all pending briefs until June 30, 2020, Appellant's brief was due on June 30, 2020.  After no brief was filed, on July 27, 2020, we ordered Appellant to file either a motion to dismiss or the brief by August 6, 2020.

Appellant promptly filed a response and requested a thirty-day extension of time to file the brief.

Appellant's motion is GRANTED.  Appellant's brief is due on August 26, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2020.



Michael A. Cruz,
Clerk of Court